IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GILOTTI, *Individually and as Executrix of the Estate of Joseph T. Burke*,<br><br>Plaintiff,<br><br>v.<br><br>GUTHRIE – ROBERT PACKER HOSPITAL, *et al.*,<br><br>Defendants. | No. 4:22-CV-00263<br><br>(Chief Judge Brann) |

## ORDER

### MARCH 28, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Dr. Bau's request for a protective order (Doc. 28) is **GRANTED**; and

2. Gilotti is prohibited from questioning Dr. Bau regarding the 2021 x-ray, and from presenting Exhibit 3 during the deposition of Dr. Bau.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge